UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GREGORY A. MORRISSEY, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 3:17-CV-03190-X |
| MCKESSON CORP., NORTHSTAR RX LLC, and HEALTH MART SYSTEMS INC., | § § § § § | |
| *Defendants*. | § | |

## ORDER OF PARTIAL DISMISSAL

The United States of America having consented to Plaintiff's Dismissal of Counts I, II, and III of the Amended Complaint, pursuant to 31 U.S.C. § 3730(b)(1), the Court rules as follows:

**IT IS HEREBY ORDERED** that Counts I, II, and III of the Amended Complaint are **DISMISSED WITH PREJUDICE** as to the Relator.

**IT IS HEREBY ORDERED** that Counts I, II, and III of the Amended Complaint are hereby **DISMISSED WITHOUT PREJUDICE** as to the United States.

**IT IS SO ORDERED** this 3rd day of February, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE